```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 22012
    MARY J RHODES
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-7925

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/21/2007 and was confirmed 01/28/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.00%.

      The case was dismissed after confirmation 11/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID             PAID
-------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL UNSECURED             862.58             .00             .00
RFC PRIME ACCREDIT SCH/S NOTICE ONLY      NOT FILED               .00             .00
RESCAP MORTGAGE          CURRENT MORTG         .00                .00             .00
RESCAP MORTGAGE          MORTGAGE ARRE    11091.33                .00             .00
CITY OF CHICAGO HEIGHTS  SECURED                89.61             .00             .00
AT & T                   UNSECURED        NOT FILED               .00             .00
BENEFICIAL/HOUSEHOLD FIN UNSECURED        NOT FILED               .00             .00
RESURGENT CAPITAL SERVIC UNSECURED            3696.36             .00             .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED               .00             .00
II DESIGNATED            UNSECURED        NOT FILED               .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED        NOT FILED               .00             .00
NICOR                    UNSECURED        NOT FILED               .00             .00
WELLGROUP HEATLTHPARTNER UNSECURED        NOT FILED               .00             .00
WFNNB/NEWPORT NEWS       UNSECURED        NOT FILED               .00             .00
ISAC                     UNSECURED           10845.20             .00             .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY        2,774.00                         1,435.31
TOM VAUGHN               TRUSTEE                                               124.69
DEBTOR REFUND            REFUND                                                   .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        1,560.00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                        1,435.31
TRUSTEE COMPENSATION                                    124.69
DEBTOR REFUND                                              .00
                          ---------------      ---------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 22012 MARY J RHODES

```
TOTALS                                    1,560.00              1,560.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```